### 19671. McFARLAND v. THE STATE.

HAWKINS, Justice. An indictment charging robbery by force was returned against Charlie McFarland, who entered a plea of "not guilty," and was tried in Fulton Superior Court. The jury returned a verdict of guilty, and fixed punishment at a minimum of four years and a maximum of four years. The defendant was positively identified by the alleged victim and one other witness for the State as a perpetrator of the crime charged. The alleged victim testified that the defendant struck him on the head; that the defendant and another, the latter being unknown, grabbed him and struck him across the head a second time, knocking him down and inflicting a wound which required three stitches to close; that they took his money from his pocket and jumped up and ran. The exception in this case is to the denial of a motion for new trial based on the general grounds only. *Held:*

The evidence was sufficient to authorize the verdict finding the accused guilty of robbery by force, and the general grounds of the motion for new trial are without merit. *Hollis* v. *State,* 207 *Ga.* 581 (1) (63 S. E. 2d 373); *Osborne* v. *State,* 209 *Ga.*

345 (4) (72 S. E. 2d 317); *Birdell* v. *State,* 200 *Ga.* 785 (38 S. E. 2d 589); *Osborne* v. *State,* 200 *Ga.* 763 (38 S. E. 2d 558). *Judgment affirmed. All the Justices concur.*

ARGUED APRIL 9, 1957—DECIDED MAY 14, 1957.

*Henry B. Smith, George E. McMullen,* for plaintiff in error. *Paul Webb, Solicitor-General, Frank S. French, Eugene L. Tiller, Eugene Cook, Attorney-General, Rubye G. Jackson,* contra.